## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **QUINCY GARRISON, ET AL** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 01-3484** |
| | * | |
| **WHITEHALL-ROBBINS** | * | **SECTION "K"** |
| **HEALTHCARE, ET AL** | * | |
| | | **MAG. 3** |

## ORDER

Considering the foregoing Motion to Withdraw Motion to Remand,

IT IS HEREBY ORDERED that the Plaintiff's Motion to Remand is withdrawn, reserving Plaintiff's right to refile at a later time.

_____
JUDGE

New Orleans, Louisiana
May 11, 2007